# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Chicago Mercantile Exchange Inc.

                              Plaintiff,

v.                                                                  Case No.: 1:18−cv−01376
                                                                     Honorable Matthew F. Kennelly

ICE Clear US, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 6, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 8/6/2020. By no later than 3:00 p.m. on 8/6/2020, the parties are to identify (by name and location) the witnesses who would be called at the jury trial given the assumptions discussed by the Court at the status hearing, and separately identify (by name and location) the witnesses who would be called at the bench trial given those same assumptions. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.