IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CHICAGO MERCANTILE EXCHANGE INC., | ) ) ) ) ) | Case No. 18-cv-01376 |
| Plaintiff, | ) ) | Hon. Matthew F. Kennelly |
| v. | ) ) ) ) | Magistrate Hon. M. David Weisman |
| ICE CLEAR US, INC.; ICE CLEAR EUROPE LIMITED; AND INTERCONTINENTAL EXCHANGE, INC., | ) ) ) ) ) |  |
| Defendants. | ) |  |

**CME'S STATUS REPORT ON TRIAL WITNESSES**

Pursuant to the Court's Order during today's status hearing (ECF 310), Plaintiff Chicago Mercantile Exchange Inc. ("CME") submits this report reflecting the witnesses that CME will call at trial and their geographic locations.

At the outset, CME appreciates the Court's guidance and consideration on issues related to the upcoming trial. Based on the discussions during today's Court hearing, CME requests the right to brief the question of whether a claim for disgorgement of profits involves the right to a jury trial or whether all issues relating to disgorgement are solely for the Court. CME agrees to submit this brief by 4pm on Monday, August 10. This decision will assist CME is considering whether or not it will waive the right to a jury trial and proceed with a bench trial on all issues. ICE has already represented in the

1

Parties' Joint Status Report (ECF 307) that they will waive the right to a jury and intend to proceed with a bench trial on their breach of contract counterclaim.

To comply with the Court's order, CME provides information below for two scenarios: (1) separate jury and bench trials, with rosters of witnesses and their locations; and (2) a single bench trial, with a single roster of witnesses if CME were to elect have all issues tried in a single bench trial.

Finally, CME believes that with either a jury or bench trial there is the possibility to further streamline some factual issues by virtue of stipulations of fact that could eliminate or narrow the scope of some witness testimony.

**I.  Scenario #1: Separate Jury & Bench Trials**

**A.  Witnesses for Jury Trial (CME's Counterfeiting Claim and Claim for Statutory Damages and Parties' Breach of Contract claims)**

CME identifies the following individuals that it will call as part of its case-in-chief during a jury trial on the issues discussed during today's status hearing. As CME cannot entirely predict all witnesses that ICE may intend to call in its case in chief, CME must reserve the right to call additional witnesses in rebuttal if that becomes necessary.

**1.  Live In-Person**

| CME Case-in-chief Witness | Location |
|---|---|
| Corey Farabi | Missouri |
| David Marshall (expert) | Chicago, IL |
| Luis Moreau | Chicago, IL |
| Gregory Skony | Chicago, IL |
| Suzanne Sprague | Chicago, IL |
| Kim Schenk (expert)[1] | Chicago, IL |
| Adam Warren (expert) | Chicago, IL |

---

[1] Testimony limited to information related counterfeiting statutory damages some of which may be unnecessary depending on stipulations and Ms. Schenk will likely be a rebuttal witness to ICE's claim for breach of contract damages.

### 2. Deposition Designation

| CME Case-in-chief Witness | Location |
|---|---|
| Mark Woodward | London, UK |
| Joseph Albert | Atlanta, GA |
| Hester Serafini | New York |
| Kelly Loeffler | Atlanta, GA |
| Jeffrey Amato | Atlanta, GA |
| Michael Gibson | UK |
| Paul Philips | London, UK |
| Scott Hill | Atlanta, GA |

### B. Witnesses for Bench Trial (Disgorgement of Profits for Trademark Infringement/Counterfeiting Claims and ICE's Implied License Equitable Defense)

CME notes that there is some overlap between the factual issues relating to counterfeiting and the factual issues relating to relief for trademark infringement claims. CME will defer to the Court if it believes that there is a way to avoid duplication of witnesses while still preserving the record on the separate issue of infringement.

#### a. Live In-Person

| CME Case-in-chief Witness | Location |
|---|---|
| Dhiraj Bawadhankar | Chicago, IL |
| Stephen Ishmael | Chicago, IL |
| David Marshall (expert) | Chicago, IL |
| Luis Moreau | Chicago, IL |
| Kim Schenk (expert) | Chicago, IL |
| Gregory Skony | Chicago, IL |
| Suzanne Sprague | Chicago, IL |

#### b. Deposition Designation

| CME Case-in-chief Witness | Location |
|---|---|
| Bruce Domash | Chicago, IL |
| Johnathan Short | Atlanta, GA |
| Mark Woodward | London, UK |
| Joseph Albert | Atlanta, GA |
| Hester Serafini | New York |

| | |
|---|---|
| Kelly Loeffler | Atlanta, GA |
| Jeffrey Amato | Atlanta, GA |
| Michael Gibson | UK |
| Paul Philips | London, UK |
| Scott Hill | Atlanta, GA |
| Ben Jackson | Georgia or Connecticut |

## II.     Scenario #2: Single Bench Trial on All Issues

### 1.  CME's List of Trial Witnesses

CME identifies the following individuals that it will call at a single bench trial on all issues (whether live in-person or via deposition testimony):

| CME Case-in-chief Witness | Location |
|---|---|
| Dhiraj Bawadhankar | Chicago, IL |
| Stephen Ishmael | Chicago, IL |
| Luis Moreau | Chicago, IL |
| Corey Farabi | Missouri |
| David Marshall (expert) | Chicago, IL |
| Kim Schenk (expert) | Chicago, IL |
| Gregory Skony | Chicago, IL |
| Suzanne Sprague | Chicago, IL |
| Adam Warren (expert) | Chicago, IL |
| Bruce Domash (deposition) | Chicago, IL |
| Johnathan Short (deposition) | Atlanta, GA |
| Scott Hill (deposition) | Atlanta, GA |
| Ben Jackson (deposition) | Atlanta, Georgia or Connecticut |
| Mark Woodward (deposition) | London, UK |
| Joseph Albert (deposition) | Atlanta, GA |
| Hester Serafini (deposition) | New York |
| Jeffrey Amato (deposition) | Atlanta, GA |
| Kelly Loeffler (deposition) | Atlanta, GA |
| Paul Philips (deposition) | London, UK |
| Michael Gibson (deposition) | UK |

CME looks forward to discussing these issues with the Court during the next scheduled status hearing.

Respectfully submitted this 6th day of August 2020,

*Attorneys for Plaintiff Chicago Mercantile Exchange Inc.*

By: /s/ Matt Witsman

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Tom M. Monagan (Reg. No. 6278060)
Matthew D. Witsman (Reg. No. 6327790)

NORVELL IP LLC
333 South Wabash, Suite 2700
Chicago, Illinois 60604
Phone: (888) 315-0732
Fax: (312) 268-5063
courts@norvellip.com

Of counsel:

Matthew J. Kelly (Reg. No. 6270056)
CHICAGO MERCANTILE EXCHANGE INC.
20 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 930-3046
Matthew.kelly@cmegroup.com

Attorneys for Plaintiff
Chicago Mercantile Exchange Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing CME'S STATUS REPORT ON TRIAL WITNESSES was electronically filed on August 6, 2020 and served upon Defendants ICE Clear US, Inc. and ICE Clear Europe Limited's counsel via the Court's electronic filing system to:

> Gina L. Durham
> Michael Geller
> DLA Piper LLP (US)
> 444 West Lake Street, Suite 900
> Chicago, IL 60606-0089
> gina.durham@dlapiper.com
> Michael.geller@dlapiper.com
>
> Marc E Miller
> DLA Piper, LLP US
> 1251 Avenue of the Americas
> 24th Floor
> New York, New York 10020
> Marc.Miller@dlapiper.com
>
> Paul A. Taufer
> Michael Burns IV
> DLA Piper, LLP US
> One Liberty Place, 1650 Market Street
> Suite 4900
> Philadelphia, PA 19103
> paul.taufer@dlapiper.com
> michael.burns@dlapiper.com

Dated: August 6, 2020            By: /s/Matthew D. Witsman