# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Chicago Mercantile Exchange Inc.

          Plaintiff,

v.                    Case No.: 1:18−cv−01376
                   Honorable Matthew F. Kennelly

ICE Clear US, Inc., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 10, 2020:

   MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 8/10/2020. Both sides have withdrawn their jury demands on the claims and requests for relief on which the Court has concluded they are entitled to a jury trial. For the reasons stated on the record, the jury trial set for 8/31/2020 is vacated and converted to a bench trial, which is to be held by video conference. A test run for the bench trial is to set for 8/17/2020 at 2:00 p.m. The Court will send out a video invitation to counsel for both sides a few days before the test run. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.