## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Chicago Mercantile Exchange Inc.

                        Plaintiff,

v.                                                        Case No.: 1:18–cv–01376

                                                              Honorable Matthew F. Kennelly

ICE Clear US, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, August 29, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants are directed to file, by no later than 9:30 AM on 8/31/2020, a response to plaintiff's motion to modify the amended confidentiality order. Both sides should be prepared to discuss the motion on 8/31/2020, either before or (more likely) after opening statements. The Court also notes that no request has been made to restrict access to the opening statements that will be presented on 8/31/2020; now is too late to make such a request given the Court's comments on the record long ago about trying the case in open court; and, given the public's presumptive First Amendment right of access to proceedings conducted in court, the opening statements will be presented in open court without restriction. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.